UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEAN ALEXANDRE, RISLER
PRESENDIEU, JEAN LOUIS-JEAN,
ANDRE DECIMUS, DETHE LORCEUS,
JULIEN GUERRIER, MARIE VOLTAIRE,
LERMISSANT SIMEUS, LOUISSAINT
DESSAINT, JEAN ALIX LOUIS, MARIE
BENCHE, MILOT DIMANCHE, JEAN-
MARY LUDENE, SHELLA JORICIN,
SOLANGE AGENOR, DJO LOUISSANT,
VINCENT FREMONT, SYLAINE
BAPTISTE, OLYMPIA FANFAN and
MAXWELL LORCEUS,

    Plaintiffs,

v.                                          Case No:  2:11-cv-626-Ftm-29DNF

BALDOMARO ARREGUIN,

    Defendant.

## ORDER

    This cause is before the Court on Jean Alexandre, Risler Presendieu, Jean Louis-Jean, Andre Decimus, Dethe Lorceus, Julien Guerrier, Marie Voltaire, Lermissant Simeus, Louissaint Dessaint, Jean Alix Louis, Marie Benche, Milot Dimanche, Jean-Mary Ludene, Shella Joricin, Solange Agenor, Djo Louissant, Vincent Fremont, Sylaine Baptiste, Olympia Fanfan, and Maxwell Lorceus's First Motion for an Order Compelling Discovery (Doc. 28) filed on February 20, 2013. No response was filed by the Defendant, Baldomaro Arreguin.

    Pursuant to Fed. R. Civ. P. 26,

Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense of any party – including the existence, description, nature, custody, condition, and location of any documents or other tangible things and the identity and location of persons who know of any discoverable matter. For good cause, the court may order discovery of any matter relevant to the

subject matter involved in the action. Relevant information need not be admissible at the trial if the discovery appears reasonably calculated to lead to the discovery of admissible evidence."

FED. R. CIV. P. 26(b)(1). The information requested appears relevant or reasonably calculated to lead to the discovery of admissible evidence. Therefore, the Court will require the Defendant to provide complete responses to the outstanding discovery. At this time, the Court will not award fees to the Plaintiffs, however, if the Defendant fails to comply with this Order, upon motion by the Plaintiffs, the Court will consider awarding fees.

**IT IS HEREBY ORDERED:**

1) The First Motion for an Order Compelling Discovery (Doc. 28) is **GRANTED**.

2) Within twenty-one (21) days from the date of this Order, the Defendant shall provide complete response to the Plaintiffs' Request for Production of Documents and Electronically Stored Information propounded on June 11, 2012.

3) If the Defendant fails to comply with this Order, upon motion, the Court will consider awarding sanctions including attorney's fees.

**DONE** and **ORDERED** in Fort Myers, Florida on March 13, 2013.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties